July 20, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

SCOTT NOAH SANTSCHI, Appellant

NO. 14-15-00771-CR                          V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of modification by this Court. Therefore, the judgment is **MODIFIED**, to read as follows:

Scott Noah Santschi pled true to both punishment-enhancement paragraphs in the indictment and the trial court found both enhancement paragraphs true.

The Court orders the judgment **AFFIRMED** as **MODIFIED**.

We further order the mandate to be issued immediately.

We further order this decision certified below for observance.